■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. O'DELL, JR., Appellant. (Appeal No. 1.) [996 NYS2d 201]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered August 24, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal sale of marihuana in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Lindley and Valentino, JJ.